425 A.2d 842

Commonwealth v. Valentine, Appellant.

 Argued December 5, 1978.
Donald M. Moser, for appellant; Neil Kitrosser, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.*

Judgment of sentence affirmed.

425 A.2d 842

Guiliani et vir., Appellants v. Ardiff.

 Argued June 14, 1979. Mark Charleston, for appellants; Richard K. Masterson, for appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.**

The order of the lower court is hereby affirmed.

* Judge Donald E. Wieand is sitting by special designation.

** President Judge John Q. Stranahan of the Court of Common Pleas of Mercer County, Pennsylvania, and Judge Leonard Sugerman of the Court of Common Pleas of Chester County, are sitting by designation.